PROB. 12B
(7/93)

# ORIGINAL

## United States District Court

for the

### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 22 2007

at 10 o'clock and 40 min. A M.
SUE BEITIA, CLERK

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: LEON GRANT                Case Number: CR 03-00536DAE-01

Name of Sentencing Judicial Officer:   The Honorable David Alan Ezra
                                       U.S. District Judge

Date of Original Sentence: 11/28/2004

Original Offense:   <u>Counts 1 and 10</u>: BANK FRAUD, in violation of 18 U.S.C. § 1344,
                    Class B felonies

Original Sentence:  One (1) day imprisonment to be followed by 5 years of supervised
                    release with the following special conditions:  1) That the defendant
                    participate in a substance abuse program, which may include drug
                    testing at the discretion and direction of the Probation Office;
                    2) That the defendant provide the Probation Office and the
                    Financial Litigation Unit of the U.S. Attorney's Office access to any
                    requested financial information to include submitting to periodic
                    debtor's examinations as directed by the Probation Office; 3) That
                    the defendant is prohibited from incurring credit charges and lines
                    of credit without the approval of the Probation Office; 4) That the
                    defendant participate in a mental health program at the discretion
                    and direction of the Probation Office; 5) That the defendant shall
                    submit his person, residence, place of employment, or vehicle to a
                    search conducted by the U.S. Probation Office at a reasonable
                    time and in a reasonable manner, based upon reasonable
                    suspicion of contraband or evidence of a violation of a condition of
                    supervision.  Failure to submit to a search may be grounds for
                    revocation.  The defendant shall warn any other resident that the
                    premises may be subject to search pursuant to this condition; and
                    6) That the defendant is prohibited from the possession and use of
                    alcohol.

<u>Type of Supervision</u>: Supervised Release   Date Supervision Commenced: 10/13/2004

Prob 12B
(7/93)

2

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

*General Condition:   That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two periodic drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision (mandatory condition).*

## CAUSE

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. Standard Condition No. 7 | The subject admitted to smoking marijuana on or about the week of 7/15/2007. |

On 7/17/2007, this officer was contacted by Maui State Probation Officer Paul Roos who reported that the subject submitted a urine specimen during an office meeting that tested presumptive positive for marijuana (THC). Mr. Roos explained that the quantity of the urine specimen was not sufficient to submit to a laboratory for confirmation; however, the subject admitted to smoking marijuana on or about the week of 7/15/2007. The subject is serving a term of state probation in Maui county.

The subject contacted this officer on the same day. He explained that he had smoked marijuana to treat a recurring stomach condition which causes him pain and discomfort. The subject expressed remorse for his conduct and acknowledged that he made a stupid mistake. He requested another chance to demonstrate his compliance with his supervision conditions. The offender was sternly admonished for his violation and was advised that he would be placed back into a drug testing program at Aloha House. The subject was warned that any further violations may result in adverse court action.

The subject agreed to modify his conditions of supervision to accommodate the revised language for participation in substance abuse treatment and to comply with the requirements of random drug testing under U.S. v. Stephens. In light of U.S. v. Stephens, it is recommended that the Court amend the mandatory Violent Crimes Control Act drug testing condition as noted above. The modification of this mandatory condition will provide the Probation Office with the necessary tools to monitor the subject. The Probation Office is respectfully recommending that the Court take no action at this time and to modify his supervision conditions and impose the aforementioned special condition. The Court will be notified and further action may be requested if he is unable to comply with the conditions of supervised release.

Prob 12B
(7/93)

3

   Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release.  The subject waives his right to a hearing and to assistance of counsel.  The subject agrees to the modification of the conditions of supervised release.  The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

JOANN S. HAMAJI<br>U.S. Probation Officer

Approved by:

PETER D. YOSHIHARA
Supervising U.S. Probation Officer

Date: 8/20/2007

---

THE COURT ORDERS:

[X]  The Modification of Conditions as Noted Above
[ ]  Other

DAVID ALAN EZRA
U.S. District Judge

AUG 2 1 2007

Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]   To modify the conditions of supervision as follows:

    8)   *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two periodic drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision (mandatory condition).*

Witness: _____
JOANN S. HAMAJI
U.S. Probation Officer

Signed: _____
LEON GRANT
Supervised Releasee

8/10/07
Date